## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

| | |
|---|---|
| VICTOR MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | Case No.: 0:21-cv-61423-RAR |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| TRANS UNION, LLC, TOYOTA MOTOR ) | |
| CREDIT CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that R. Carter Burgess, Esquire, and Courtney Oakes, Esquire of the undersigned law firm, Holland & Knight LLP, hereby notice that they will be appearing on behalf of Defendant Toyota Motor Credit Corporation, as counsel in this matter for all purposes herein.  All future pleadings and communications shall be directed to the undersigned at the contact information below.

Dated: July 21, 2021

                                                                           Respectfully submitted,

                                                                           HOLLAND & KNIGHT LLP

                                                                           /s/ *Courtney Oakes*
                                                        R. Carter Burgess, Esq.
                                                        Florida Bar No. 058298
                                                        Email: carter.burgess@hklaw.com
                                                        50 N. Laura St., Suite 3900
                                                        Jacksonville, FL 32202
                                                        Tel: (904) 353-2000
                                                        Fax: (904) 358-1872

>Courtney Oakes, Esq.
>Florida Bar No. 106553
>515 East Las Olas Blvd., Suite 1200
>Fort Lauderdale, FL 33301
>Email: courtney.oakes@hklaw.com
>Tel: (954) 525-1000
>Fax: (954) 463-2030
>
>***Counsel for Toyota Motor Credit Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the ECF/EM filing system, which will provide a notice of filing to all counsel of record *via* electronic transmission on this the 21st day of July, 2021.

>/s/ *Courtney Oakes*
>Attorney

#85595281_v1